UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| FRIENDS OF THE FRANK J. WOOD BRIDGE, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 2:19-cv-408-LEW ) |
| ELAINE CHAO, SECRETARY OF THE U.S. DEPARTMENT OF TRANSPORTATION et al., | ) ) ) ) |
| Defendants. | ) ) |

**MOTION OF FEDERAL DEFENDANTS FOR A FOURTEEN-DAY ENLARGEMENT OF TIME TO AND INCLUDING MARCH 27, 2020 TO PRODUCE THE DRAFT ADMINISTRATIVE RECORD**

Elaine Chao, Secretary of the Department of Transportation, Nicole R. Nasen, Administrator of the Federal Highway Administration, and Todd Jorgensen, Administrator of the Federal Highway Administration, Maine Division (collectively the "Federal Defendants") move the Court under Federal Rules of Civil Procedure 6 and 7 for a fourteen-day enlargement of time to and including March 27, 2020, to provide Plaintiffs with a draft administrative record and accompanying index. In support of this Motion, Federal Defendants state as follows:

1. On December 18, 2019, this Court issued an Amended Scheduling Order (ECF 25) setting forth deadlines related to the serving and lodging the administrative record.

2. Federal Defendants are still reviewing the substantial volume of emails, environmental studies and other documents that will constitute the administrative record.

3. Federal Defendants will not be able to complete their document review and compile the

administrative record before this Court's deadline.

4. The parties have agreed to the following stipulations, subject to the Court's approval, regarding the amended deadlines for serving and lodging the administrative record:

   a. The deadline for Defendants to provide Plaintiffs with a draft administrative record and accompanying index shall be extended to March 27, 2020.

   b. The deadline for the parties to meet and confer concerning the draft administrative record and to address any disputes regarding the completeness or sufficiency of the record shall be April 10, 2020.

   c. The deadline for Federal Defendants to lodge the certified Administrative Record shall be April 17, 2020.

   d. The deadline for Plaintiffs to file a motion challenging the completeness or sufficiency of administrative record or to reply on extra-record material or supplement the administrative record shall be May 6, 2020.

   e. All subsequent deadlines shall remain in place as ordered by the Court on December 18, 2019, including the telephonic status conference set for May 7, 2020.

5. Rule 6(b)(1) of the Federal Rules of Civil Procedure provides: "When an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before the original time or its extension expires." Good cause exists here because Federal Defendants need additional time to review a substantial volume of documents and compile an appropriate administrative record.

For the foregoing reasons, and for good cause shown, Federal Defendants respectfully request that the Court grant their consent motion for a fourteen-day enlargement of time to and including March 27, 2020, to provide Plaintiffs with a draft administrative record and

accompanying index, and an enlargement of time for subsequent deadlines as stipulated above.

Respectfully submitted this 6th day of March, 2020,

>PRERAK SHAH
>Deputy Assistant Attorney General
>United States Department of Justice
>Environment & Natural Resources Division
>
>/s/ Joshua P. Wilson
>
>JOSHUA WILSON (DC 487829)
>Senior Attorney
>Natural Resources Section
>PO Box 7611
>Washington, DC 20044-7611
>(202) 305-0482
>joshua.wilson@usdoj.gov
>
>*Counsel for Federal Defendants*

## CERTIFICATE OF SERVICE

      I, Joshua P. Wilson, hereby certify that on March 6, 2020, I electronically filed the above document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered participants as identified in the CM/ECF electronic filing system for this matter.

Dated: March 6, 2020

      /s/ Joshua P. Wilson
JOSHUA WILSON (DC 487829)
Senior Attorney
Natural Resources Section
PO Box 7611
Washington, DC 20044-7611
(202) 305-0482