UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| HISTORIC BRIDGE FOUNDATION et al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No. 2:19-cv-00408-LEW |
| ELAINE CHAO, et al. | ) ) ) |
| Defendants, | ) |

## **ORDER OF REMAND**

Pursuant to the Judgment of the United States Court of Appeals for the First Circuit, entered January 4, 2022, and following the return of its mandate, on February 25, 2022, the matter is hereby remanded for further administrative proceedings consistent with the opinion of the Court of Appeals; i.e.: "for the strictly limited purpose of allowing the agency to further justify use of the service-life analysis and/or to decide whether a 53% price differential represents a cost of an extraordinary magnitude under 23 C.F.R. § 774.17." *Historic Bridge Found. v. Buttigieg*, 22 F.4th 275, 286 (1st Cir. 2022).

**SO ORDERED.**

Dated this 2nd day of March, 2022.

/s/ Lance E. Walker
UNITED STATES DISTRICT JUDGE